# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00618-CV

**In re Texas Department of Family and Protective Services**

---

**ORIGINAL PROCEEDING FROM TRAVIS COUNTY**

---

## O R D E R

**PER CURIAM**

Relator Texas Department of Family and Protective Services has filed a petition for writ of mandamus. *See* Tex. R. App. P. 52.1. The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before October 11, 2022.

It is ordered on October 4, 2022.


Before Chief Justice Byrne and Justices Triana and Smith